JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS SOLORIO, | Case No. CV 11-5753-R (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.D. McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 30, 2014

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE